```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                 :

KEVIN BLAKE, *and* LUCAS WHEELER,       :

                                        Plaintiffs, :         1:24-cv-3238-GHW

              -against-                   :             <u>ORDER</u>

TORII SOFTWARE, INC.,                            :

                                        Defendant. :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       In the Court's order dated April 30, 2024, Dkt. No. 6, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than June 24, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's April 30, 2024 order forthwith and in any event no later than June 27, 2024.

       SO ORDERED.

Dated:  June 25, 2024
New York, New York
                                                                            GREGORY H. WOODS
                                                               United States District Judge