

|  |  |
|---|---|
|  | **Littler Mendelson, P.C.**<br>290 Broadhollow Road<br>Suite 305<br>Melville, NY  11747 |
| **MEMORANDUM ENDORSED** | Daniel Gomez-Sanchez<br>Shareholder<br>631.247.4713 direct<br>631.247.4700 main<br>631.824.9249 fax<br>dsgomez@littler.com |

June 26, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2024

**VIA ECF**

Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>Kevin Blake and Lucas Wheeler v. Torii Software, Inc.</u>
             Docket No. 1:24-cv-03238-GHW

Dear Judge Woods:

This firm represents Torii Software, Inc. in the above-referenced action.  We write with the consent of Plaintiff to respectfully request an adjournment of the initial scheduling conference, currently scheduled for July 1, 2024, and adjourn the time for the parties to file a joint status letter and case management plan until a date that is consistent with the adjourned initial scheduling conference date, if any.

Defendant makes this request because their response to the Complaint is due on or before July 8, 2024.  Defendant is still assessing whether it will answer the Complaint or file a letter requesting a pre-motion conference to discuss the dismissal of Plaintiffs' Complaint and compel arbitration.  This is Defendant's first request for an adjournment of the initial scheduling conference.  Defendant proposes rescheduling the initial scheduling conference, if any, for a date convenient to the Court in late July or early August.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ *Daniel Gomez-Sanchez*

Daniel Gomez-Sanchez

cc:    All attorneys of record (via ECF)

4860-2552-5451.2 / 111791-1009

Application granted.  The initial conference scheduled for July 1, 2024 is adjourned to July 26, 2024 at 2:00 p.m.  The joint letter and proposed case management plan described in the Court's April 30, 2024 order is due no later than July 19, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.

Dated: June 27, 2024
New York, New York

                    _____
                    GREGORY H. WOODS
                    United States District Judge