```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                :

KEVIN BLAKE, *et al.*,                     :

                    Plaintiffs,     :      1:24-cv-3238-GHW

                -v –                :      <u>ORDER</u>

TORRI SOFTWARE,                  :

                    Defendant.   :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    As stated on the record at the July 12, 2024 conference, Defendant's proposed motion to compel arbitration or dismiss the complaint is due August 30, 2024. Plaintiffs' opposition is due within three weeks of the date of service of Defendant's motion. Defendant's reply, if any, is due within one week of the date of service of Plaintiffs' opposition.

    Also as stated on the record at the conference, discovery in this case is stayed pending the resolution of Defendant's motion. The initial conference scheduled July 26, 2024 is adjourned *sine die*, pending the resolution of Defendant's motion.

    SO ORDERED.

Dated: July 12, 2024
       New York, New York

                                                         GREGORY H. WOODS
                                                   United States District Judge